**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | |
|---|---|
| MR. LORAN LEWIS, ) | Case No. EDCV 11-1835-SJO(AJW) |
| ) | |
|      Petitioner, ) | |
| ) | JUDGMENT |
| vs. ) | |
| ) | |
| SCOTT MCEWEN (WARDEN), ) | |
| ) | |
|      Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

December 2, 2011

Dated: _____

*S. James Otero* (signature)

_____
S. James Otero
United States District Judge