UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

LORAN LEWIS,                          )
                                      )
            Petitioner,               )   Case No. EDCV 11-1835 SJO (AJW)
                                      )
        v.                            )
                                      )   ORDER ACCEPTING REPORT AND
SCOTT McEWEN, WARDEN,                 )   RECOMMENDATION OF
                                      )   MAGISTRATE JUDGE
            Respondent.               )
_____       )

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), and petitioner's objections. The Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a de novo determination of the portions to which objections were directed.

DATED: July 31, 2013.

_____
S. James Otero
United States District Judge