UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| LORAN LEWIS, | Case No. EDCV 11-1835-SJO (AJW) |
| Petitioner, | |
| vs. | JUDGMENT |
| SCOTT McEWEN, Warden, | |
| Respondent. | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: July 31, 2013.

S. James Otero
S. James Otero
United States District Judge